UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TROY DUNLAP,                                                      Civil No.  07-993 PAM/AJB

    Petitioner,

v.                                                                                    O R D E R

STATE OF MINNESOTA,

    Respondent.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated February 13, 2007, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Petitioner's application for a writ of habeas corpus, (Docket No. 1), is DENIED; and

2. This action is summarily DISMISSED WITHOUT PREJUDICE, for lack of jurisdiction.


DATED: March 8, 2007

                                                                  s/ Paul A. Magnuson
                                                                  Judge Paul A. Magnuson
                                                                  U. S. District Court